DAVID R. ISOLA, ESQ., SBN: 150311
ISOLA & ASSOCIATES, LLP
701 South Ham Lane, Second Floor
Lodi, California 95242
Telephone: (209) 367-7055
Facsimile: (209) 367-7056
E-mail: disola@isolalaw.com

Attorneys for GARY BOLTON, as Trustee of the
Arthur A. Bolton Revocable Trust dated May 20, 2000,
the Family Trust A – Marital Trust, and the Trust B – Family Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BOLTON, as Trustee of the Arthur A. Bolton Revocable Trust dated May 20, 2000, the Family Trust A – Marital Trust, and the Trust B – Family Trust,<br><br>Plaintiffs,<br><br>v.<br><br>LUMBERMENS MUTUAL CASUALTY COMPANY, an Illinois corporation,<br>Defendant. | Case No.: C 05-1109 SC<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT REGARDING DUTY TO DEFEND<br><br>Date: December 9, 2005<br>Time: 10:00 a.m.<br>Courtroom: One<br><br>[Hon. Samuel Conti, Senior Judge] |

WHEREAS, on November 7, 2005, Plaintiff filed his Motion for Summary Judgment Regarding Duty to Defend, which is calendared for hearing before the Court on December 9, 2005;

WHEREAS, pursuant to the Court's August 5, 2005, Minute Entry, the Court contemplated that Plaintiff and Defendant would be filing cross-motions for summary judgment; and

WHEREAS, counsel for Defendant has reserved a hearing date with the Court of January 6, 2006, for Defendant's Motion for Summary Judgment.

- 1 -

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1  THEREFORE, the parties, through their respective counsel of record herein, stipulate as follows:

1. That subject to the Court's approval, the hearing on Plaintiff's Motion for Summary Judgment shall be continued from December 9, 2005, to January 6, 2006; and

2. That Defendant will file its cross-motion for summary judgment on or before December 2, 2005, Plaintiff's and Defendant's respective oppositions will be filed on or before December 16, 2005, and Plaintiff's and Defendant's respective reply briefs will be filed on or before December 23, 2005.

Dated: November 10, 2005                    ISOLA & ASSOCIATES, LLP


                                            By: /s/ as authorized on November 10, 2005
                                                DAVID R. ISOLA
                                            Attorneys for Plaintiff, GARY BOLTON,
                                            as Trustee of the Arthur A. Bolton
                                            Revocable Trust Dated May 20, 2000, the
                                            Trust A – Marital Trust, and Trust B –
                                            Family Trust and as Executor of the Estate
                                            of Arthur Bolton


Dated: November 10, 2005                    SELMAN BREITMAN


                                            By: /s/ as authorized on November 10, 2005
                                                TIFFANY D. TROISI.
                                            Attorneys for Defendant,
                                            Lumbermens Mutual Casualty
                                            Company

- 2 -

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, the hearing on Plaintiff's Motion for Summary Judgment Regarding Duty To Defend is hereby continued to January 6, 2006, at 10:00 a.m. The Court further orders that: (1) Defendant shall file its cross-motion for summary judgment on or before December 2, 2005; (2) Plaintiff's and Defendant's respective oppositions shall be filed on or before December 16, 2005; and (3) Plaintiff's and Defendant's respective reply briefs shall be filed on or before December 23, 2005.

Dated: November 14, 2005

_____
United States District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT