1  DAVID R. ISOLA, ESQ. SBN 150311
   ISOLA & ASSOCIATES, LLP
2  701 South Ham Lane
   Lodi, California 95242
3  Telephone: (209) 367-7055
   Facsimile: (209) 367-7056
4
5  Attorneys for Plaintiff,
       GARY BOLTON
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 GARY BOLTON, as Trustee of the Arthur A.     )  Case No.: C 05-1109 SC
   Bolton Revocable Trust Dated May 20, 2000,   )
12 the Trust A – Marital Trust, and Trust B –   )  STIPULATION AND ORDER OF
   Family Trust,                                )  DISMISSAL
13                                              )
              Plaintiff,                        )
14                                              )
                                                )
15 v.                                           )
                                                )
16 LUMBERMENS MUTUAL CASULATY                   )
   COMPANY, an Illinois corporation,            )
17                                              )
                                                )
18            Defendant.                        )
                                                )
19                                              )
                                                )
20 _____  )

21     IT IS HEREBY STIPULATED by and between Plaintiff, GARY BOLTON, as Trustee
22 of the Arthur A. Bolton Revocable Trust Dated May 20, 2000, the Trust A – Marital Trust,
23 and Trust B – Family Trust ("Bolton"), and Defendant, LUMBERMENS MUTUAL
24 CASUALTY COMPANY, ("LMC"), by and through their respective counsel of record, that
25 Bolton's claims against LMC in the above-captioned action shall be and hereby are dismissed
26 pursuant to FRCP Rule 41(a)(1) with prejudice.
27     Except as otherwise agreed between the parties, each side shall bear its own costs.
28     IT IS SO STIPULATED.

                                        1
                     STIPULATION AND ORDER OF DISMISSAL

1  Dated: May 5, 2006            ISOLA & ASSOCIATES, LLP

                                 By: _____
                                        David R. Isola
                                        Attorney for Plaintiff
                                        Gary Bolton


7  Dated: May 5, 2006            SELMAN BREITMAN

                                 By: _____
                                        Tiffany D. Troisi
                                        Attorney for Defendant
                                        Lumbermens Mutual Casualty Co.

2

STIPULATION AND ORDER OF DISMISSAL

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES HERETO, IT IS HEREBY ORDERED that this Action is dismissed with prejudice as to Bolton's claims, with each side to bear its own costs except as otherwise agreed between the parties.

Dated: May 8, 2006



_____
United States District Judge
Judge Samuel Conti

IT IS SO ORDERED